UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| REGINALD HARRIS, | ) | CASE NO.: C08-0903RSL |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE |
| TIMOTHY WENGLER, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED; and,

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

Dated this 25th day of November, 2008.

Robert S. Lasnik
United States District Judge