UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
REGINALD HARRIS, )
) Case No. C08-0903RSL
              Petitioner, )
   v. )
) ORDER DENYING
TIMOTHY WENGLER, ) CERTIFICATE OF APPEALABILITY
)
              Respondent. )
_____)

       This matter comes before the Court on petitioner's "Notice of Appeal" and his "Request/Petition for Certificate of Appealability" under 28 U.S.C. § 2253. Because petitioner filed his notice of appeal after April 24, 1996, his appeal is governed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), which worked substantial changes to the law of habeas corpus. Under the amended version of 28 U.S.C. § 2253(c), a petitioner may not appeal the denial of a habeas corpus petition unless the district court or the Ninth Circuit issues a certificate of appealability identifying the particular issues that may be pursued on appeal. United States v. Asrar, 116 F.3d 1268 (9th Cir. 1997).

       To obtain a certificate of appealability, the petitioner must make a substantial showing of the denial of a constitutional right. "Obviously the petitioner need not show that he should prevail on the merits. He has already failed in that endeavor." Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983). Rather, he must demonstrate that the resolution of the habeas petition is debatable among reasonable jurists or that the issues presented were "adequate to deserve

ORDER DENYING
CERTIFICATE OF APPEALABILITY

encouragement to proceed further." <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000). Having reviewed the record in this case, including the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the Court finds that the dismissal of petitioner's claims for relief is not debatable among reasonable jurists. Petitioner's claims should not, therefore, be the subject of an appeal.

For all of the foregoing reasons, petitioner's request for a certificate of appealability is DENIED.

Dated this 12th day of January, 2009.

*MMS Lasnik*

Robert S. Lasnik
United States District Judge